9/30/70 *1* - MOTION TO TRANSFER by defendants Elektra Corp. and Elektra Sales Corp. with Memorandum of Law & Affidavit of Service.

10/15/70 *2* RESPOMSE of Record Blub of America, Inc. Opposing Motion.

10/16/70 *3* Erratum by Green, Hoffman, Murphy, White, Wald, Harkrader, Nicholson & Ross

10/22/70 Request for ext. of time for Reply by movants.
10/22/70 Grant ext. of time to movants to & incl. 10/30/70 for reply.

10/30/70 *4* Ltr. fr. Roulette Records advising concurrence with motion.

11/2/70 *5* Reply Affidavit by Def. ~~Asa M. Sokolow~~ *Its M Records*

11/3/70 *6* Reply brief of Elektra Corp. and Elektra Sales Corp. in reply to brief and affidavit submitted by Record Club of Am., Inc. ("RCOA")

11/4/70 *7* Affidavit of Service of Reply Brief of Elektra Corp., etc.

11/4/70 Attorney Service List mailed to all counsel

11/6/70 *8* Revised Affidavit of Service for Reply Brief of Elektra Corp., etc.

11/13/70 HEARING ORDER to involved judges & hearing clerk -set for N.Y., N.Y. on 12/11

11/13/70 NOTICE OF HEARING to service counsel.

1/5/71 *9* SUPPLEMENTAL BRIEF FOR RECORD CLUB OF AMERICA, INC.

1/20/71 OPINION AND ORDER (Per Curiam) transferring SD N.Y. Civ. Action No. 68-1132 to the Eastern District of Pennsylvania (Judge Mac Troutman) for coordinated or consolidated pretrial proceedings.
        Judge John W. Lord, Jr. (E.D. Penna.)

1/20/71 Consent of XXXXXXXXXXXXXXXXXXXXXXXXXXXXX for assignment of actions involved in litigation to the XXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXX Judge E. Mac Troutman  (E.D. Penna.)

2/4/71 DISSENT OF JUDGE S. A. WEIGEL to 1/20/71 opinion.  Copies to interested and involved judges & clerks. transferee clerk & judge. participating counsel, Panel members.

1/13/72 RECORD CLUB OF AMERICA, INC. V. KINNEY SERVICES, INC., ET AL., S.D. New York, 71 Civ. 5096 - Show Cause Order entered today. Notified counsel and involved judges.

1/24/72 *10* Record Club of America, Inc. v. Kinney Services, et al., S.D.N.Y. 71 Civ. 5096 - Request of Sigmund Beck for extension of time to file response to SCO for all parties

1/25/72 ORDER - extending to all parties Feb. 7, 1972 time in which to file and serve response to SCO entered 1/13/72

2/1/72 HEARING ORDER - Setting Record Club of America, Inc. v. Kinney Services et al., S.D. N.Y. 71 Civ. 5096- Feb. 25, 1972, Denver, Colorado Notified Counsel, involved judges.

2/7/72 *11* RECORD CLUB OF AMERICA, INC. V. KINNEY SERVICES, ET AL., S.D.N.Y. 71 Civ. 5096 - Memorandum and Affidavit of Defendants w/cert. of service.

2/7/72 *12* RECORD CLUB OF AMERICA, INC. V. KINNEY SERVICES, ET. AL. S.D.N.Y. 71 Civ. 5096   Breif of Record Club of America w/cert of service

DOCKET NO. 59

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 2/10/72 /3 | RECORD CLUB OF AMERICA, INC. V. KINNEY SERVICES, S.D.N.Y. 71 Civ. 5096<br>Memorandum opposing transfer from RCA w/cert of service. | |
| 2/11/72 /4 | RECORD CLUB OF AMERICA, INC. V. KINNEY SERVICES, S.D.N.Y. 71 Civ. 5096<br>Reply memo of defendants, w/cert of service. | |
| 2/14/72 /5 | Reply Brief for Record Club of America, Inc. and Affidavits w/cert of service. | |
| 2/25/72 /6 | FILED IN OPEN COURT - Supplementary Exhibits from defendants<br>Kinney Services, Inc. and Warner-Elektra | 71 Civ. 5096 |
| 4/19/72 | RECORD CLUB OF AMERICA, INC. V. KINNEY SERVICES, INC., ET AL.,S.D.N.Y.<br>OPINION AND ORDEER - transferred to E.D.PA. assigned to Judge Troutman | |

*328 F Supp 511*
*342 F.Supp. 1177*

DOCKET NO. ___59___

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| Description of Litigation |
| --- |

IN RE CBS LICENSING ANTITRUST LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|------------------------|-------|---------------|-------|
| A-1 | Record Club of America, Inc. v. A & M Records, et al. *Closed Order 5/20/75* *transfer docket 11/5/72* | S.D. N.Y. 70 Civ 2320 | Tyler | | *71-220* Motion *filed 1/25/71* |
| A-2 | Record Club of America, Inc. v. Columbia Broadcasting System, Inc., et al. *-20-75* *Closed 5-20-75* *1 Transfer to 6/30/71* | E.D. Pa. 68-1132 | Troutman | | Motion |
| B-1 | Record Club of America, Inc. v. Kinney Services, Inc., et al. *Closed 5/30/75* | S.D. N.Y. 71 Civ 5096 | | *4/19/72* | OSC 1/13/72 *72-819* |

*Verified correct by Tr Clerk — April 16, 1975*

*Closed after verification 5/30/75*

*Appeal See MDL (8/18/75)*

*Appeal No. 3d. Cir.*
*A-1. 75-2002*
*A-2 - 75-2001*
*A-3   75-1812*

DOCKET NO. 59

COUNSEL OF RECORD

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE CBS LICENSING ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | *Sigmond A. Beck* ~~Bahram London~~, Esquire<br>London, Buttenwieser & Chalif<br>575 Madison Avenue<br>New York, New York  10022<br><br>Donald H. Green, Esquire<br>Wald, Harkrader, Nicholson & Ross<br>1320 Nineteenth Street, N. W.<br>Washington, D. C.  20036 | A & M RECORDS<br>A & M GENERAL CORP.<br>IRVING MUSIC, INC.<br>HERB ALBERT<br>JEROME MOSS _____ *Asa D. Sokolow, Esq*<br>Rosenman, Colin, Kaye, Petschek,<br>  Freund & Emil  *app made*<br>575 Madison Avenue<br>New York, New York 10022 |
| A-2 | Seymour I. Toll, Esquire<br>Richter, Lord, Toll, Cavanaugh,<br>  McCarty & Raynes<br>121 South Broad Street<br>Philadelphia, Pennsylvania 19107<br><br>Also, same as A-1 above (Green) | CHESS PRODUCING CO. *Robert L. Wise, Esq.*<br>Orenstein, Arrow & Silverman<br>119 West 57th Street<br>New York, New York<br><br>CAEDMON RECORDS INC. *James W. Lamberton*<br>Cleary, Gottlieb, Steen & Hamilton<br>52 Wall Vtreet<br>New York, New York *app made*<br><br>R. D. CORTINA CO.<br>CORTINA INSTITUTE FOR LANGUAGE STUDY<br>Stowell & Glennon *Matthew J. Glennon, Esq.*<br>60 Wall Street<br>New York, New York  10005<br><br>DISNELAND RECORDS<br>WALT DISNEY PRODUCTIONS<br>WONDERLAND MUSIC CO. *John A. Stichter, Esq.*<br>Donovan, Leisure, Newton & Irvine<br>Two Wall Street<br>New York, New York  10005<br><br>TRANSAMERICA CORP.<br>LIBERTY/UA RECORDS INC.<br>LIBERTY/UA DISTRIBUTING CORP. *Herald Meyers, Esq.*<br>Phillips, Nizer, Benjamin, Krim & Ballon<br>477 Madison Avenue<br>New York, New York  10022<br><br>METRO-GOLDWYM MAYER, INC. *Jerome D. Grant*<br>Shea, Gallop, Climenko & Gould<br>330 Madison Avenue<br>New York, New York  10017 *app made* |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | MONUMENT RECORDS CORP. *FRANKLIN Goldstein* <br> Burke, Gerber & Wilen *app* <br> 326 St. Paul Place *made* ● <br> Baltimore, Maryland 21202 |
| | | TALMADGE PRODUCTIONS INC. *HOWARD N. BELDOCK* <br> Beldock & Kushnick <br> 720 Fifth Avenue *app* <br> New York, New York   10019 *made* |
| | | ROULETTE RECORDS INC. *John A. Vassallo, Esq.* <br> Barovick & Konecky <br> 555 Madison Avenue *app* <br> New York, New York   10022 *made* ● <br> also <br> Norman Kurtz, Esquire <br> Roulette Records, Inc. <br> 17 West 60th Street <br> New York, New York   10019 |
| | | SCEPTER RECORDS, INC. *Andrew A. Feinman, Esq.* <br> Feinman & Krasilovsky <br> 424 Madison Avenue <br> New York, New York   10017 |
| | | SPOKEN ARTS, INC. *Chester J. Straub, Esq.* <br> Willkie, Farr & Gallagher <br> One Chase Manhattan Plaza <br> New York, New York   10005 |
| | *William M. Kaplan, Esq.* <br> *Mitchell Silberberg & Knupp* <br> *6389 Wilshire Blvd* <br> *L A Calif 90018* | SKYE RECORDING CO. <br> 40 West 55th Street <br> New York, New York   10019  ✕ |
| | | WHITE WHALE RECORD CO. <br> 8961 Sunset Boulevard <br> Los Angeles, California  90069 |
| | | WORD INC. *J. Rodney Lee* ● <br> Naman, Howell, Smith & Chase <br> Eighth Floor, First National Bldg. <br> Waco, Texas   76701 |
| | | METRO RECORDS DISTRIBUTORS <br> 247 West 52nd Street <br> New York, New York   10019  ✕ |
| | | CAMPBELL SILVER CORP. <br> 65 East 55th Street <br> New York, New York   10022  ✕ ● |
| | | WARNER BROS. PICTURES CORP. <br> WARNER BROS. RECORDS, INC. <br> WARNER BROS. RECORD SALES CORP. <br> Wilbur H. Haines, Jr., Esquire <br> Pepper, Hamilton & Scheetz <br> 123 South Broad Street <br> Philadelphia, Pennsylvania 19109 |

DOCKET NO. 59
p. 2

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE CBS LICENSING ANTITRUST LITIGATION

| No. | | Defendant |
|---|---|---|
| | | COLUMBIA RECORDS DISTRIBUTING CORP.<br>COLUMBIA BROADCASTING SYSTEM, INC.<br>Edwin P. Rome, Esquire<br>Blank, Rome, Klaus & Comisky<br>4 Penn Center Plaza<br>Philadelphia, Pennsylvania 19103 |
| CONSOLIDATED ELECTRONICS INDUSTRIES CORP.<br>MERCURY RECORD PRODUCTIONS, INC.<br>MERCURY RECORD CORP.<br>MERCURY RECORD MFG. CO. | | CONSOLIDATED ELECTRONICS INDUSTRIES CORP.<br>100 West 42d Street<br>New York, New York |
| J. Stokes Adams III, Esquire<br>2000-2 Penn Center Plaza<br>Philadelphia, Pa. 19102 | | ELEKTRA SALES CORP.<br>ELEKTRA RECORDS CORP.          (Movants)<br>ELEKTRA CORPORATION<br>Morris B. Abram, Esquire<br>Paul, Weiss, Goldberg, Rifkind,<br>  Wharton & Garrison<br>345 Park Avenue<br>New York, New York  10022 |
| | | MERCURY RECORD PRODUCTIONS, INC.<br>MERCURY RECORD MFG. CO., INC.<br>MERCURY RECORD CORP.<br>35 East Wacker Drive<br>Chicago, Illinois |
| Franklin Poul, Esquire<br>12th Floor, Packard Building<br>Philadelphia, Pa. 19102 | | MOTOWN RECORD CORP.<br>2633 West Grand Blvd.<br>Detroit, Michigan |
| Arthur R. Harris, Esquire<br>Post Office Box 160<br>Warrington, Pa. 18967<br><br>Scarborough & Harris<br>2338 Philadelphia Nat'l Bank Bldg.<br>Philadelphia, Pa. 19107 | | VANGUARD RECORDING SOCIETY, INC.<br>VANGUARD RECORD SALES CORP.<br>VANGUARD STEREOLAB, INC.<br>71 West 23d Street<br>New York, New York |

ATTORNEY SERVICE LIST          DOCKET NO. 59

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE CBS LICENSING ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1<br>A-2 | RECORD CLUB OF AMERICA, INC.<br>Donald H. Green, Esquire<br>Wald, Harkrader, Nicholson & Ross<br>1320 Nineteenth Street, N. W.<br>Washington, D. C. 20036 | ELEKTRA SALES CORP.<br>ELEKTRA RECORDS CORP.          (Movants)<br>ELEKTRA CORPORATION<br>Morris B. Abram, Esquire<br>Paul, Weiss, Goldberg, Rifkind, Wharton<br>  & Garrison<br>345 Park Avenue<br>New York, New York  10022<br><br>A&M RECORDS *(71-220)*<br>A&M GENERAL CORP.<br>IRVING MUSIC, INC.<br>HERB ALBERT<br>JEROME MOSS  *CBS, Inc (68 1132)*  *app.*<br>Asa D. Sokolow, Esquire<br>Rosenman, Colin, Kaye, Petschek, Freund<br>  & Emil<br>575 Madison Avenue<br>New York, New York  10022<br><br>CHESS PRODUCING CO.<br>Robert G. Wise, Esquire<br>Orenstein, Arrow & Silverman<br>119 West 57th Street<br>New York, New York<br><br>CAEDMON RECORDS, INC.<br>James W. Lamberton, Esquire<br>Cleary, Gottlieb, Steen & Hamilton<br>One State Street Plaza<br>New York, New York  10004<br><br>R. D. CORTINA CO.<br>CORTINA INSTITUTE FOR LANGUAGE STUDY<br>Matthew J. Glennon, Esquire<br>Stowell and Glennon<br>60 Wall Street<br>New York, New York  10005 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|  |  | DISNEYLAND RECORDS<br>WALT DISNEY PRODUCTIONS<br>WONDERLAND MUSIC CO.<br>John A. Stichter, Esquire<br>Donovan, Leisure, Newton & Irvine<br>Two Wall Street<br>New York, New York  10005 |
|  |  | TRANSAMERICA CORP.<br>LIBERTY/UA RECORDS INC.<br>LIBERTY/UA DISTRIBUTING CORP.<br>Gerald Meyer, Esquire<br>Phillips, Nizer, Benjamin, Krim & Ballon<br>477 Madison Avenue<br>New York, New York  10022 |
|  |  | METRO-GOLDWYN-MAYER, INC.<br>Jerome D. Grant, Esquire<br>Shea, Gallop, Climenko & Gould<br>330 Madison Avenue<br>New York, New York  10017 |
|  |  | MONUMENT RECORDS CORP.<br>Franklin Goldstein, Esquire<br>Burke, Gerber & Wilen<br>325 St. Paul Place<br>Baltimore, Maryland  21202 |
|  |  | TALMADGE PRODUCTIONS, INC.<br>Howard N. Beldock, Esquire<br>Beldock and Kushnick<br>720 Fifth Avenue<br>New York, New York  10019 |
|  |  | ROULETTE RECORDS INC.<br>John A. Vassallo, Esquire<br>Barovick and Konecky<br>555 Madison Avenue<br>New York, New York  10022 |
|  |  | SCEPTER RECORDS, INC.<br>Andrew A. Feinman, Esquire<br>Feinman and Krasilovsky<br>424 Madison Avenue<br>New York, New York  10017 |
|  |  | SPOKEN ARTS, INC.<br>Chester J. Straub, Esquire<br>Willkie, Farr & Gallagher<br>One Chase Manhattan Plaza<br>New York, New York  10005 |

p. <u>1</u>

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>59</u> -- <u>CBS Licensing Antitrust Litigation</u>

(ADOPTED BY ORDER OF JUDGE TROUTMAN OF AUGUST 8, 1972)

| Plaintiff | Defendant |
|---|---|
| Record Club of America, Inc.<br><br>Seymour I. Toll, Esq.<br>Suite 2000<br>1845 Walsnut Street<br>Philadelphia, Pa.  19103<br><br>Donald H. Green, Esq.<br>Wald, Harkrader & Ross<br>1320 19th St., N.W.<br>Washington, D. C.  20036<br><br>Robert A. Meister, Esq.<br>Milgrim, Thomajan & Jacobs<br>25 Broadway<br>New York, New York  10004 | COLUMBIA BROADCASTING SYSTEM, INC.<br>COLUMBIS BROADCASTING DISTRIBUTING CORP.<br>Edwin P. Rome, Esq.<br>Blank, Rome, Klaus & Comisky<br>Four Penn Cneter Plaza<br>Philadelphia, Pa.  19103<br><br>WARNER BROS PICTURES, INC.<br>WARNER BRCS. RECORDS, INC.<br>WARNER BROS. RECORD SALES CORP.<br>Wilbur H. Haines, Jr., Esq.<br>Pepper, Hamilton & Scheetz<br>123 South Broad Street<br>Philadelphia, Pa.  19109<br><br>Laurence Greenwald, Esq.<br>Stroock & Stroock & Lavan<br>61 Broadway<br>New York, New York  10006<br><br>A & M RECORDS                (ALSO FOR<br>A & M GENERAL CORP.           CBS DEF.)<br>IRVING MUSIC CORP.<br>HERB ALPERT<br>JEROME MOSS<br>Asa D. Sokolow, Esq.<br>Rosenman, Colin, Kaye, Petschek,<br>    Freund & Emil<br>575 Madison Avenue<br>New York, New York  10022<br><br>CAEDMON RECORDS, INC.<br>Robert J. Sugarman, Esq.<br>Dechert, Price & Rhoads<br>1600 Three Penn Center<br>Philadelphia, Pa.  19102<br><br>R. D. CORTINA CO.<br>CORTINA INSTITUTE FOR LANGUAGE STUDY<br>Matthew J. Glennon, Esq.<br>Stoewll & Glennon<br>60 Wall Street<br>New York, N. Y.  10005 |

p. _2_

| Plaintiff | Defendant |
|-----------|-----------|
|  | ELEKTRA CORP.<br>ELEKTRA RECORDS CORP.<br>ELEKTRA SALES CORP.<br>John A. Delehanty, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>345 Park Avenue<br>New York, New York  10022 |

MONUMENT RECORDS CORP.   *desin as To FL 1*
*11/2/02*
Joseph Z. Epstein, Esq.
Pryor, Braun, Cashman & Sherman
410 Park Avenue
New York, N. Y.  10022

TALMADGE PRODUCTIONS, INC.
Richard McElroy, Esq.
Balnk, Rome, Klaus & Comisky
Four Penn Center Plaza
Philadelphia, Pa.  19103

ROULETTE RECORDS, INC.
John A. Vassallo, Esq.      Kurtz & Vassallo
65 West 55th St.              598 Madison Avenue
New York, New York  10019   N.Y., N.Y. 10022

SPOKEN ARTS, INC.
Chester J. Straub, Esq
Willkie, Farr & Gallagher
One Chase Manhattan Plaza
New York, New York  10005

SKYE RECORDING CO.
Mr. Norman Schwartz, President
Skye Recording Co., Ltd.
40 West 55th Street
New York, New York  10019

KINNEY SERVICES, INC.
WARNER-ELEKTRA-ATLANTIC DISTRIBUTING CORP.
M. Richard Kalter, Esquire
Schnader, Harrison, Segal & Lewis
1719 Packard Building
Philadelphia, Pa.  19102
        (ALSO REPRESENTS ELEKTRA CORP.,
         ELEKTRA RECORDS CORP. AND ELEKTRA
         SALES CORP.)

ATTORNEY SERVICE LIST     DOCKET NO. 59     (p. 2)

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE CBS LICENSING ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | WHITE WHALE RECORD CO.<br>William M. Kaplan, Esquire<br>Mitchell, Silberberg & Knupp<br>6380 Wilshire Boulevard<br>Los Angeles, California  90048<br><br>WORD INC.<br>J. Rodney Lee, Esquire<br>Naman, Howell, Smith & Chase<br>8th Floor, First National Building<br>Waco, Texas  76701<br><br>WARNER BROS. PICTURES CORP.<br>WARNER BROS. RECORDS, INC.<br>WARNER BROS. RECORD SALES CORP.<br>Wilbur H. Haines, Jr., Esquire<br>Pepper, Hamilton & Scheetz<br>123 South Broad Street<br>Philadelphia, Pennsylvania 19109<br><br>COLUMBIA RECORDS DISTRIBUTING CORP.<br>COLUMBIA BROADCASTING SYSTEM, INC.<br>Edwin P. Rome, Esquire<br>Blank, Rome, Klaus & Comisky<br>4 Penn Center Plaza<br>Philadelphia, Pennsylvania 19102<br><br>SKYE RECORDING CO.<br>40 West 55th Street<br>New York, New York  10019<br><br>CAMPBELL SILVER CORP.<br>65 East 55th Street<br>New York, New York  10022 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| B-1 | Sigmund A. Beck, Esq. <br> Milgrim, Thomajan & Jacobs (app) <br> 25 Broadway <br> New York, New York   10004 | KINNEY SERVICES, INC. <br> WARNER-ELEKTRA-ATLANTIC DISTRIBUTING CO. <br><br> Sidney S. Rosdeitcher, Esq. <br> Paul, Weiss, Rifkind, Wharton <br>   & Garrison <br> 345 Park Avenue <br> New York, New York   10022   App. |